UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                                :
SONYA R. JACKSON,                               :    CASE NO. 1:17-CV-1605
                                                :
            Plaintiff,                          :
                                                :
vs.                                             :    DISMISSAL ORDER
                                                :
OHIO DEPARTMENT OF                              :
REHABILITATION AND CORRECTION,                  :
*et al.*,                                       :
                                                :
            Defendants.                         :
                                                :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

*Pro se* plaintiff Sonya R. Jackson filed this civil rights action against the Ohio Department of Rehabilitation and Correction and others complaining about her medical care. She did not file a complete application to proceed *in forma pauperis*. Accordingly, on December 12, 2017, in an order that was mailed to the plaintiff, the plaintiff was ordered either to pay the full filing fee or a complete application to proceed *in forma pauperis* within thirty days. The order expressly notified the plaintiff that her case may be dismissed if she did not do so. (*See* Doc. No. 2.)

To date, the plaintiff has not complied with the Court's deficiency order. Accordingly, this action is hereby dismissed without prejudice for want of prosecution. *See McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997); *Erby v. Kula*, Case No. 03-2377, 2004 WL

2320326 (6th Cir. Sept. 20, 2004) (affirming dismissal of § 1983 action for want of prosecution where prisoner failed to comply with court's deficiency order).

The Court further certifies, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.


Dated: February 1, 2018          *s/    James S. Gwin*
                                                                  JAMES S. GWIN
                                                                  UNITED STATES DISTRICT JUDGE